UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-CR-336-RJJ |
| vs. | ) |
| RODNEY DEAN BUCKLE, | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#35) on June 29, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

**Name of Payee:** IRS - RACS

**Total Amount of Restitution Ordered: $83,437.00**

Dated this _____ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE